**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Bobbie Earp, Respondent,

v.

Sean Perritte, Appellant.

Appellate Case No. 2011-204626

---

Appeal From Berkeley County
Jack A. Landis, Family Court Judge

---

Unpublished Opinion No. 2012-UP-605
Submitted October 26, 2012 – Filed November 7, 2012

---

**AFFIRMED**

---

Merrill A. Cox, of Cox Law Firm, of Goose Creek, for Appellant.

Bobbie Earp, pro se, for Respondent.

---

**PER CURIAM:**  Sean Perritte appeals the family court's denial of his motion in reference to bankruptcy.  Perritte argues an automatic stay in a Chapter 13 bankruptcy bars the continuation of an order of incarceration for civil contempt for failure to pay child support.  We affirm pursuant to Rule 220(b)(1), SCACR, and the following authorities: *King v. King*, 384 S.C. 134, 142, 681 S.E.2d 609, 614

(Ct. App. 2009) (holding issues must be raised to and ruled upon by the family court to be preserved for appellate review); *Bodkin v. Bodkin*, 388 S.C. 203, 219, 694 S.E.2d 230, 239 (Ct. App. 2010) (holding when the family court fails to rule on an issue presented, the issue must be raised in a Rule 59(e), SCRCP, motion to be preserved for review).

**AFFIRMED.**[1]

**SHORT, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.